**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.:  7:20-CV-084 |
| | § | |
| 2.433 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; TAX RANCH, LLC; | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION
---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through [the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security], for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
         **MANUEL MUNIZ LORENZI**
         Assistant United States Attorney
         Southern District of Texas No. 338159
         Puerto Rico Bar No. 21246
         1701 W. Bus. Highway 83, Suite 600
         McAllen, TX 78501
         Telephone:  (956) 618-8010
         Facsimile:  (956) 992-9425
         E-mail: MMunizLorenzi@usa.doj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**<u>SCHEDULE C</u>**

<u>LEGAL DESCRIPTION</u>

Hidalgo County, Texas

Tract:  RGV-WSL-1012
Tract:  RGV-WSL-1022
Owner:  Tax Ranch, LLC
Acres:  2.433

**Tract:  RGV-WSL-1012**

**Being** a 1.114 acre (48,515 square feet) parcel of land, being out of the Domingo Fonseca Survey, Abstract No. 33, Hidalgo County, Texas, being out of Porcion 67 and being out of the remainder of a called 6.89 acre tract conveyed to the Tax Ranch, LLC by Tax Resale Deed recorded in Instrument No. 2016-2756021, Official Records of Hidalgo County, Texas (Save & Except 1.11 acres), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 3/8" rebar in the west line of the remainder of the 6.89 acre tract and the east line of a called 1.11 acre tract conveyed to Samantha Marie Garcia, et al recorded in Instrument No. 2001-1016353, Official Records of Hidalgo County, Texas, said point having the coordinates of N=16558638.086, E=1071447.406;

**Thence:** N 00-45-33 W, with the west line of the remainder of the 6.89 acre tract and the east line of the 1.11 acre tract, passing at 196.17' the south line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 437, Page 297, Deed Records of Hidalgo County, Texas ("122-H"), continuing for a distance of 225.86' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1011-1=1012-1" for the **Place of Beginning** and southwest corner of Tract RGV-WSL-1012, said point being in the west line of the remainder of the 6.89 acre tract and the east line of the 1.11 acre tract, said point having the coordinates of N=16558863.929, E=1071444.413;

**Thence:** N 00-45-33 W, continuing with the west line of the remainder of the 6.89 acre tract and the east line of the 1.11 acre tract, over and across the "122-H" river levee right-of-way, for a distance of 42.62' to a point for the northwest corner of Tract RGV-WSL-1012, said point being at the northwest corner of the remainder of the 6.89 acre tract and the northeast corner of the 1.11 acre tract, said point being within the "122-H" river levee right-of-way, said point being in the south line of a called 8.78 acre tract conveyed to Hidalgo County Water Improvement District No. Two recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Lateral A, Second Tract");

**Thence:** N 89-57-33 E (West, Record), with north line of the remainder of the 6.89 acre tract and the south line of the 8.78 acre tract, over and across the "122-H" river levee right-of-way, passing at 921.54' the east line of the "122-H" river levee right-of-way and the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 475, Deed Records of Hidalgo County, Texas ("90-H"), continuing for a total distance of 932.95' to a point for the northeast corner of Tract RGV-WSL-1012, said point being at the northeast corner of the remainder of the 6.89 acre tract and the southeast corner of the 8.78 acre tract, said point being in the west line of the remainder of a called 15.21 acre tract conveyed to Jose Arnoldo Aguilar recorded in Volume 3371, Page 720, Deed Records of Hidalgo County, Texas, said point being in the approximate centerline of S McColl Road (also known as Old Military Road, called 60' width), said point being within the "90-H" river levee right-of-way, said point bears S 16-47-15 E, a distance of 76.04' from United States Army Corps of Engineers Control Point No. 108;

**Thence:** S 08-20-24 W (N 08-46-00 E, Record), with the east line of the remainder of the 6.89 acre tract, the west line of the remainder of the 15.21 acre tract and the approximate centerline of S McColl Road, over and across the "90-H" river levee right-of-way, for a distance of 34.18' to a set PK nail in asphalt for the easterly southeast corner of Tract RGV-WSL-1012, said point being in the approximate centerline of S McColl Road, said point being at the southeast corner of the remainder of the 6.89 acre tract and the southwest corner of the remainder of the 15.21 acre tract, said point being within the "90-H" river levee right-of-way;

**Thence:** S 75-39-30 W (N 75-15-00 E, Record), departing the approximate centerline of S McColl Road, with the southeast line of the remainder of the 6.89 acre tract, over and across the "90-H" river levee right-of-way, passing at 12.50' the west line of the "90-H" river levee right-of-way and the southeast corner of the "122-H" river levee right-of-way, passing at 160.69' a southeasterly corner of the "122-H" river levee right-of-way, continuing for a total distance of 291.45' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1012-5=1034-2-21" for a southerly corner of Tract RGVWSL-1012, said point being in the southeast line of the remainder of the 6.89 acre tract and the northwest right-of-way line of S McColl Road;

**Thence:** departing the northwest right-of-way of S McColl Road, over and across the remainder of the 6.89 acre tract, the following courses and distances:

- N 04-27-00 W, for a distance of 16.58' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1012-6" for a southerly angle point of Tract RGV-WSL-1012;

- N 19-23-02 W, passing at 16.93' the south line of the "122-H" river levee right-of-way, continuing for a total distance of 46.87' to a set 5/8" rebar with a "MDS"

aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1012-7" for a southerly angle point of Tract RGV-WSL-1012;

- N 89-49-07 W, for a distance of 628.22' to the **Place of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

**Tract:  RGV-WSL-1022**

**BEING** a 1.319 acre (57,450 square feet) parcel of land, more or less, being out of the Juan Jose Hinojosa Survey, Abstract No. 40, Hidalgo County, Texas, being out of Share No. 1 and 2 of Maria Antonia Garza de Cantu Subdivision recorded in Volume 15, Page 46, Map Records of Hidalgo County, Texas, being out of a called 24.36 acre tract conveyed to Tax Ranch L.L.C. by Tax Resale Deed recorded in Instrument No. 2016-2719236, Official Records of Hidalgo County, Texas ("Tract No. 1") and being out of a called 16.36 acre tract conveyed to Tax Ranch L.L.C. by Tax Resale Deed recorded in Instrument No. 2016-2719236, Official Records of Hidalgo County, Texas ("Tract No. 2"), said 1.319 acre (57,450 square feet) parcel of land being more particularly described by metes and bounds as follows;

**COMMENCING** at a found International Boundary and Water Commission (IBWC) monument having a coordinate value of N=16557437.405, E=1076633.978, said point being in the south right-of-way line of Doffin Canal Road, the south line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 475, Deed Records of Hidalgo County, Texas ("90-H") and in the north line of a called 37.4 acre tract conveyed to Malcom G. Dyer and Mary Agnes Dyer by Warranty Deed recorded in Volume 2613, Page 712, Deed Records of Hidalgo County, Texas ("Tract II");

**THENCE** S 79°22'45" E, with the south right-of-way line of Doffin Canal Road, the north line of the 37.4 acre tract and the south line of the "90-H" levee right-of-way, a distance of 89.17 feet to a point for the **PLACE OF BEGINNING** and northwest corner of the herein described proposed acquisition tract, said point being at the northeast corner of the 37.4 acre tract and the northwest corner of the 24.36 acre tract, said point having a coordinate value of N=16557420.971, E=1076721.621, said point bears S 70°21'08" E, a distance of 4636.75 feet from United States Army Corps of Engineers Control Point No. 108, said control point being a mag nail in the north end of the west concrete headwall at the intersection of McColl Road and the Hidalgo County Water Improvement District No. 2 canal lateral;

(1) **THENCE** continuing with the south right-of-way line of Doffin Canal Road, the south line of the "90-H" levee right-of-way and the north line of the 24.36 acre tract, the following courses and distances:

    **a.** S 79°22'45" E, (S 79°15'00" E, Record), 14.53 feet to a point for angle;

    **b.** S 81°21'45" E, (S 81°14'00" E, Record), passing at 243.24 feet the northeast corner of the 24.36 acre tract and the northwest corner of the 16.36 acre tract, continuing in all a total distance of 414.58 feet to a point for the northeast corner of the herein described proposed acquisition tract, said point being at the northeast corner of the 16.36 acre tract and the northwest corner of a called 18.69 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1532, Page 814, Deed Records of Hidalgo County, Texas;

(2) **THENCE** S 08°50'18" W, (S 08°38'00" W, Record) departing the south right-of-way line of Doffin Canal Road and the south line of the "90-H" levee right-of-way, with the east line of the 16.36 acre tract and the west line of the 18.69 acre tract, a distance of 134.00 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-1022-4=1023-3" for the southeast corner of the herein described proposed acquisition tract;

(3) **THENCE** N 81°21'45" W, departing the west line of the 18.69 acre tract, over and across the 16.36 acre tract, passing at 170.56 feet the west line of the 16.36 acre tract and the east line of the 24.36 acre tract, continuing in all a total distance of 428.32 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-1020-8=1022-5" for the southwest corner of the herein described proposed acquisition tract, said point being in the west line of the 24.36 acre tract and the east line of the 37.4 acre tract;

(4) **THENCE** N 08°30'15" E, (N 08°38'00" E, Record) with the west line of the 24.36 acre tract and the east line of the 37.4 acre tract, a distance of 134.50 feet to the **PLACE OF BEGINNING** containing 1.319 acres (57,450 square feet) of land, more or less.

Note: The bearings, distances, and coordinate values recited herein are based on the Texas State Plane Coordinate System, referenced to NAD83 (2011), TX South Zone (4205), US Survey Feet, using the CORS (2011) Adjustment. The distances and coordinates recited herein are grid values and may be converted to ground (surface) using the TxDOT county published combined scale factor of 1.000040000 (e.g. grid x 1.000040000 = surface). This description was prepared from a survey made on the ground by employees of MDS Land Surveying Company, Inc. The square footage total recited herein is based on mathematical calculations and subject to the rules of rounding and significant numbers. A survey plat of equal date was made in conjunction with this description.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract:  RGV-WSL-1012
Owner:  Tax Ranch, LLC
Acreage: 1.114

## SCHEDULE D (CONT'D)

## MAP or PLAT



LAND TO BE CONDEMNED

Tract: RGV-WSL-1012
Owner: Tax Ranch, LLC
Acreage: 1.114

# SCHEDULE D (CONT'D)

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract:  RGV-WSL-1012
Owner:  Tax Ranch, LLC
Acreage: 1.114

## SCHEDULE D (CONT'D)

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract: RGV-WSL-1012
Owner: Tax Ranch, LLC
Acreage: 1.114

## SCHEDULE D (CONT'D)

## MAP or PLAT



LAND TO BE CONDEMNED

Tract:  RGV-WSL-1022
Owner:  Tax Ranch, LLC
Acreage: 1.319

## SCHEDULE D (CONT'D)

## MAP or PLAT



LAND TO BE CONDEMNED

Tract:  RGV-WSL-1022
Owner:  Tax Ranch, LLC
Acreage: 1.319

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-1012
Tract:  RGV-WSL-1022
Owner:  Tax Ranch, LLC
Acres:  2.433

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Document Nos. 2016-2719236 and 2016-2756021 reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on Schedule E-1 map;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E - 1**

ESTATE TAKEN - CONTINUED



# SCHEDULE F

## **<u>SCHEDULE F</u>**

### <u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the lands being taken is SIXTY

THREE THOUSAND THIRTY DOLLARS AND NO/100 ($63,030.00), to be deposited

herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

This sum is allocable to the two tracts taken as follows:

**TRACT RGV-WSL-1012:**

The sum estimated as just compensation for the land acquired is NINTEEN
THOUSAND SIX HUNDRED FIFTY SIX DOLLARS AND 00/100 ($19,656.00).

**TRACT RGV-WSL-1022:**

The sum estimated as just compensation for the land acquired is FORTY
THREE THOUSAND THREE HUNDRED SEVENTY FOUR DOLLARS AND
00/100 ($43,374.00).

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Tax Ranch, LLC**<br>c/o Richard Garza, Registered Agent<br>█████████████████████<br>Edinburg, Texas ████ | **RGV-WSL-1012**<br>Tax Resale Deed, Document #2756021;<br>Recorded  October 18, 2016, Deed<br>Records of Hidalgo County<br><br>**RGV-WSL-1022**<br>Tax Resale Deed, Document #2719236;<br>Recorded  June 9, 2016, Deed Records of<br>Hidalgo County |
| **Hidalgo County**<br>Pablo (Paul) Villarreal<br>Tax Assessor-Collector<br>2804 South Business Highway 281<br>Edinburg, Texas 78539 | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
       Plaintiff

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 2   U.S. Government
       Defendant

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
       Proceeding

☐ 2   Removed from
       State Court

☐ 3   Remanded from
       Appellate Court

☐ 4   Reinstated or
       Reopened

☐ 5   Transferred from
       Another District
       *(specify)*

☐ 6   Multidistrict
       Litigation -
       Transfer

☐ 8   Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____