IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:20-CV-084 |
| 2.433 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE TEXAS; AND TAX RANCH, LLC; ET AL., | § § § § § § | |
| *Defendants.* | § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES the United States of America and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff, the **United States of America**;

2. Defendant, **Tax Ranch, LLC**;
   c/o Richard Garza, Registered Agent
   3910 West Freddy Gonzalez Drive
   Edinburg, Texas 78539

3. Defendant, **Hidalgo County**;
   Pablo (Paul) Villarreal
   Tax Assessor-Collector
   2804 South Business Highway 281
   Edinburg, TX  78539

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 3381592
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 992-9435
Facsimile: (956) 618-8016
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 2, 2020, I mailed a true and correct copy of the foregoing document via regular mail to all the interested parties for whom the United States has contact information.

By: *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney