IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 7:20-CV-00084 |
| 2.433 ACRES OF LAND, MORE OR LESS, SITUATED IN HIDALGO COUNTY, STATE OF TEXAS; AND TAX RANCH, LLC; ET AL., | § § § § § | |

## DEFENDANT TAX RANCH, LLC'S
## NOTICE OF APPEARANCE AND DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, TAX RANCH, LLC, Defendant in the above-styled and numbered cause, and respectfully submits its Notice of Appearance and Demand for Jury Trial.

### NOTICE OF APPEARANCE

1. Defendant hereby makes its formal notice of appearance and claim interest in the real property identified in Schedules "C" and "D" to Plaintiff's Complaint in Condemnation, which are attached to this Notice of Appearance as Exhibits 1 and 2.

### DEMAND FOR JURY TRIAL

2. Defendant, pursuant to Federal Rule of Civil Procedure 71.1(h)(1)(B), makes and files this Demand for Trial by Jury in the above-styled and numbered cause.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike Blvd., Suite 300
Weslaco, TX  78596
(956) 968-5402
(956) 969-9402 - Fax

By: _____
LANCE A. KIRBY
Federal ID Number:  21811
State Bar Number: 00794096
Email:  lakirby@jgkl.com

*Attorney for Defendant, Tax Ranch, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2020, a copy of **Defendant Tax Ranch, LLC's Notice of Appearance and Demand for Jury Trial** was electronically filed using the CM/ECF system, which will automatically serve a Notice of Filing on the following attorneys:

Manuel Muniz Lorenzi
Assistant United States Attorney
Southern District of Texas
1701 W. Bus. Highway 83, Suite 600
McAllen, Texas 78501

_____#
LANCE A. KIRBY