United States District Court
Southern District of Texas

**ENTERED**

May 24, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-cv-00084 |
| | § | |
| 2.433 ACRES OF LAND in HIDALGO | § | |
| COUNTY; TAX RANCH, LLC; et al., | § | |
| | § | |
| Defendants. | | |

## **ORDER**

The Court now considers Defendant Tax Ranch, LLC's opposed motion for jury trial.[1]

The parties' second amended scheduling order sets a July 20, 2021 deadline to file briefs and

anticipated evidence upon which the Court will conduct a preliminary screening to determine

whether there is sufficient evidence to order a jury trial.[2] In light of this, the Court holds

Defendant's motion[3] in abeyance until July 20, 2021.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 24th day of May 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 24.
[2] Dkt. No. 26 at 4.
[3] Dkt. No. 24.