UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

JUL 15 2021

Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

                                  Plaintiff(s)         DIVISION   MCALLEN

V.                                                         CIVIL ACTION NO. 7:20-CV-00084

2.433 ACRES OF LAND IN HIDALGO COUNTY; TAX RANCH, LLC, ET AL

                                  Defendant(s)

ADR METHOD:    Mediation    X          Arbitration      ___
                         Mini-trial    ___           Summary Jury Trial  ___

TYPE OF CASE:    Land Condemnation

1. Please check one of the following:
The case referred to ADR **settled**   X   did not settle  ___

2. My total fee and expenses were: $1,200.00.
(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

_____
_____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

United States of America, Plaintiff
Ms. Alyssa Iglesias, Attorney
ASSISTANT UNITED STATES ATTORNEY
1701 West Business Highway 83, Ste. 600
McAllen, Texas 78501
(956) 992-9351 – telephone
Alyssa.iglesias@usdoj.gov - email

2.433 Acres of Land in Hidalgo County; Tax Ranch, LLC, et al, Defendant
Mr. Lance A. Kirby, Attorney
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Blvd., Ste. 300
Weslaco, Texas 78596
(956) 968-5402 – telephone
lakirby@jgkl.com - email

ADR PROVIDER

Date: 07/09/21
SDTX-ADR-5/(Rev. 6-15-93)

Name:      Alfred T. Denham

Signature: *[signature]*